UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

MAR 17 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff <br><br> v. <br><br> **HOUSE CALLS OF GREATER CHICAGO, S.C., CHARLES DEHAAN** and **HOUSE CALLS OF GREATER CHICAGO SIMPLE IRA PLAN,** <br><br> Defendants | File No. 10-cv-3353 <br><br> **Judge Frederick J. Kapala** <br><br> **Magistrate P. Michael Mahoney** |

### DEFAULT JUDGMENT AGAINST DEFENDANTS
### HOUSE CALLS OF GREATER CHICAGO, S.C. AND CHARLES DEHAAN

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), having filed her complaint; defendants House Calls of Greater Chicago, S.C. and Charles DeHaan having been duly served with a copy of the complaint and summons; defendants House Calls of Greater Chicago, S.C. and Charles DeHaan having failed to plead or otherwise defend within the time prescribed by law; default of defendants House Calls of Greater Chicago, S.C. and Charles DeHaan having been entered by the Clerk of Court on October 14, 2010; and the truth of the allegations contained in the Secretary's complaint having been verified by the attached declaration of the Employee Benefits Security Administration investigator; now, therefore upon application of the Secretary and for cause shown,

**JUDGMENT IS HEREBY ENTERED** against defendants House Calls of Greater Chicago, S.C. and Charles DeHaan in accordance with the prayer of the complaint in the above-styled action; and it is:

**ORDERED, ADJUDGED, AND DECREED** that:

A.  Defendants House Calls of Greater Chicago, S.C. and Charles DeHaan are permanently enjoined from violating the provisions of Title I of ERISA;

B.  Defendants House Calls of Greater Chicago, S.C. and Charles DeHaan are removed from serving as fiduciaries of the House Calls of Greater Chicago Simple IRA Plan (the "Plan") and permanently enjoined from serving as fiduciaries or service providers to any ERISA-covered plan;

C.  Defendants House Calls of Greater Chicago, S.C. and Charles DeHaan are hereby ordered to correct any prohibited transactions in which he engaged or for which they are liable, including disgorgement of any profits derived there from;

D.  Defendants House Calls of Greater Chicago, S.C. and Charles DeHaan are hereby ordered to restore a total of $35,017.50 in losses to the Plan resulting from fiduciary breaches they committed, as set forth below:

    1) $32,519.78 for unremitted employee contributions and lost opportunity costs due to the Plan for the period from September 30, 2006 through December 15, 2008; and

    2) $2,497.72 in lost opportunity costs for untimely remitted employee contributions to the Plan for the period from May 16, 2005 through November 15, 2007.

E.  The Secretary is hereby awarded her attorney fees and the costs of this action;

F.   Nothing in this default judgment is binding on any government agency other than the United States Department of Labor.

Dated: This 17th day of March, 2011.

_____
HONORABLE FREDERICK J. KAPALA
UNITED STATES DISTRICT COURT JUDGE